**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| TCKY, LLC, | ) |
| | ) |
| | ) Case: No. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 24, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff certifies that this party is a non-governmental corporate party and does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

DATED: October 8, 2013    Respectfully submitted,

TCKY, LLC

By:    /s/ *Mark R. Anfinson*
Mark R. Anfinson
Atty Reg. No. 2744
Lake Calhoun Professional Bldg.
3109 Hennepin Ave S.
Minneapolis, MN  55408
Telephone: (612) 827-5611
Facsimile:  (612) 827-3564
mranfinson@lawyersofminnesota.com

**ATTORNEY FOR PLAINTIFF**